**Order entered July 22, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-21-01024-CR

**DRALON DURAN PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F19-75183-L**

## ORDER

Appellant was convicted of aggravated sexual assault. His brief identifies the complaining witness by her full name. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the complaining witness by initials only, even when quoting portions of the record.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE